IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00233-RJC-DCK

| USA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| TIMOTHY SCOTT OLSON, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court upon the defendant's pro se motion to withdraw his plea, (Doc. No. 33), and former counsel's motion to continue the sentencing hearing scheduled January 14, 2020, (Doc. No. 34).

The defendant claims his plea was the product of duress and ineffective assistance of appointed counsel. (Doc. No. 33). However, Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer. Following that accusation, appointed counsel moved to withdraw from further representation and to continue the upcoming sentencing hearing pending appointment of new counsel. (Doc. No. 34). The assigned magistrate judge granted the motion to withdraw and ordered that new counsel be appointed as soon as possible. (Doc. No. 35).

**IT IS, THEREFORE, ORDERED** that the motions to withdraw plea, (Doc. No. 33), and to continue the sentencing hearing, (Doc. No. 34), are **DENIED without prejudice** to be re-filed if deemed advisable by new counsel.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 8, 2020

Robert J. Conrad, Jr.
United States District Judge